UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON R. OREJEL, MARIA C. OREJEL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:25-cv-01235-JLT-BAM<br><br>ORDER VACATING HEARING<br><br>ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO STAY<br><br>(Doc. 8) |

    Plaintiffs Ramon R. Orejel and Maria C. Orejel filed the complaint in this action for a tax refund and for money had and received on September 19, 2025. (Doc. 1.) Currently before the Court is Defendant United States of America's unopposed motion to stay this action, filed November 7, 2025. (Doc. 8.) The Court finds the motion suitable for decision without oral argument and vacates the hearing set for December 16, 2025. L.R. 230(g).

    In support of its motion to stay proceedings, the United States avers that a response to the complaint is due November 18, 2025. However, at the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the IRS. The Department does not know when such funding will be restored by Congress. (Doc. 8 at 2.) The United States further avers that absent an appropriation, Department of Justice attorneys and employes of the IRS are prohibited from working, even on a

voluntary basis, except in very limited circumstances.  Accordingly, the United States cannot prepare a response to the complaint or even gather the information necessary to do so.  (*Id.*) Defense counsel therefore requests a stay of proceedings in this action until Congress has restored appropriations to the Department.  Defense counsel indicates that is a stay is granted, then counsel will notify the Court as soon as Congress has appropriated funds for the Department.  Opposing counsel reportedly has authorized defense counsel to state that plaintiffs consent to this motion.  (*Id.*)

     Having considered the moving papers, and good cause appearing, the United States' unopposed motion to stay this case is GRANTED.  This action is stayed until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

IT IS SO ORDERED.

    Dated:   **November 12, 2025**                     /s/ *Barbara A. McAuliffe*
                                                                     UNITED STATES MAGISTRATE JUDGE