NANDINI SINGH (DCBN 1047925)
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6814 (v)
202-307-0054 (f)
Nandini.Singh@usdoj.gov
Western.TaxCivil@usdoj.gov

*Counsel for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON R. OREJEL, MARIA C. OREJEL, | Case No. 1:25-cv-01235-JLT-BAM |
| Plaintiffs, | **STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to L.R. 143 and L.R. 144, the parties respectfully request a seven-day extension of the deadline to respond to the complaint, from January 2, 2026, to January 9, 2026. In support, the parties stipulate as follows:

1. Plaintiffs served the United States the complaint and other papers on September 19, 2025. Under Fed. R. Civ. P. Rule 12(a)(2), the United States' response to the complaint originally was due by November 18, 2025.

2. Due to the recent lapse in appropriations that fund the Department of Justice and IRS, the United States filed an unopposed motion to stay proceedings on November 7, 2025. *See* ECF No. 8.

3. The Court granted the United States' motion on November 12, 2025. *See* ECF No. 9.

4. The Department of Justice and IRS resumed operations following the lapse in appropriations on November 13, 2025.

5. The United States now requires additional time to coordinate with the IRS, obtain its views, and receive underlying materials to prepare an appropriate response to the complaint.

6. In its motion to stay (ECF No. 8), the United States indicated that if the motion were granted, counsel for the United States would notify the Court as soon as Congress appropriated funds for the Department. The United States would then, and now does, request that all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline extended by 43 days.

7. Applying a 43-day continuance of deadlines from the stay, the response to the complaint would be due on January 2, 2026.

8. Due to conflicts around the holidays for the United States' counsel, the parties agree to extending the response deadline for an additional seven days. The deadline to respond to the complaint would therefore be extended from January 2, 2026, to January 9, 2026.

The parties thus request a brief extension of the deadline to respond to the complaint, until January 9, 2026.

Dated: November 19, 2025

Respectfully submitted,

*/s/ Nandini Singh*
NANDINI SINGH
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6814 (v)
202-307-0054 (f)
Nandini.Singh@usdoj.gov

*/s/ Randolf Krbechek*
RANDOLF KRBECHEK
Law Offices of Randolf Krbechek
9477 N. Fort Washington Road
Suite 104
Fresno, CA 93730
559-434-4500 (v)
559-434-4554 (f)
rkrbechek@msn.com

ORDER

Pursuant to the parties' stipulation, and good cause appearing, the United States' deadline to respond to the complaint is extended to January 9, 2026.

IT IS SO ORDERED.

Dated: **November 20, 2025**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

Case 1:25-cv-01235-JLT-BAM    Document 11    Filed 11/20/25    Page 4 of 4

MOTION TO STAY
Case No. 1:25-cv-01235-JLT-BAM

4

United States Department of Justice
Tax Division