UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON R. OREJEL, MARIA C. OREJEL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.  1:25-cv-01235-JLT-FRS (EPG)<br><br>**ORDER RE STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>(ECF No. 12) |

The Court has reviewed the parties' Stipulated Motion to Extend Time to Respond to the Complaint.  (ECF No. 12.)  Pursuant to the parties' stipulation, and good cause appearing, the United States' deadline to respond to the complaint is extended by 21 days to **January 30, 2026**.

IT IS SO ORDERED.

Dated:   **January 13, 2026**

/s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

1