BRETT A. SHUMATE
Assistant Attorney General
JOSHUA WU
Deputy Assistant Attorney General
**NANDINI SINGH** (DCBN 1047925)
Trial Attorney
Tax Litigation Branch
Civil Division, United States Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6814 (v)
202-307-0054 (f)
Nandini.Singh@usdoj.gov
Western.TaxCivil@usdoj.gov

*Counsel for the United States of America*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON R. OREJEL, MARIA C. OREJEL, | Case No. 1:25-cv-01235-JLT-FRS (EPG) |
| Plaintiffs, | **ORDER RE STIPULATED MOTION TO STAY** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to L.R. 143, the parties respectfully request that the Court stay the case for ninety (90) days to permit resolution of the matter without further litigation. In support, the parties stipulate as follows:

1. Counsel for United States conveyed to counsel for Plaintiffs over a January 22, 2026 phone call that she would recommend that the United States concede that Plaintiffs should receive their requested tax refund.

2. Given that the parties are moving towards an agreed resolution of this case, the parties do not believe that discovery would be required in this matter.

3. The United States needs time to complete the required administrative steps to process and transmit the refund to Plaintiffs.

4. If the case is not resolved within 90 days, the parties will file a joint status report at the end of the 90-day stay period to apprise the Court of the progress made toward the matter's resolution and any need to extend the stay.

5. Once Plaintiffs receive the refund, plaintiffs will voluntarily dismiss the case.

Accordingly, the parties request that the Court stay the case for ninety (90) days.

Dated: January 28, 2026

                                    Respectfully submitted,

                                    BRETT A. SHUMATE
                                    Assistant Attorney General
                                    JOSHUA WU
                                    Deputy Assistant Attorney General

                        By:    /s/ Nandini Singh
                                    NANDINI SINGH
                                    Trial Attorney
                                    Tax Litigation Branch
                                    Civil Division, United States Department of
                                    Justice
                                    P.O. Box 683
                                    Washington, D.C. 20044
                                    202-307-6814 (v)
                                    202-307-0054 (f)
                                    Nandini.Singh@usdoj.gov

                                    /s/ Randolf Krbechek
                                    RANDOLF KRBECHEK
                                    Law Offices of Randolf Krbechek
                                    9477 N. Fort Washington Road
                                    Suite 104
                                    Fresno, CA 93730
                                    559-434-4500 (v)
                                    559-434-4554 (f)
                                    rkrbechek@msn.com

# **ORDER**

Based on the Parties' Stipulation (ECF No. 15) and good case having been shown, the Court hereby orders the following:

1. The Court stays the case for ninety (90) days from the date of this Order to permit resolution of the matter, up to and until **April 30, 2026**;

2. If the case is not resolved within 90 days, the parties will file a joint status report at the end of the 90-day stay period to apprise the Court of the progress made toward the matter's resolution and any need to extend the stay; and

3. Once Plaintiffs receive the refund, Plaintiffs will file appropriate documents to voluntarily dismiss the case.

IT IS SO ORDERED.

Dated:   **January 29, 2026**          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE