BRETT A. SHUMATE
Assistant Attorney General
JOSHUA WU
Deputy Assistant Attorney General
**NANDINI SINGH** (DCBN 1047925)
Trial Attorney
Tax Litigation Branch, Civil Division
United States Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6814 (v)
202-307-0054 (f)
Nandini.Singh@usdoj.gov
Western.TaxCivil@usdoj.gov

*Counsel for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON R. OREJEL, MARIA C. OREJEL, | Case No. 1:25-cv-01235-JLT-FJS |
| Plaintiffs, | JOINT STATUS REPORT; STIPULATION AND ORDER TO STAY |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to the Court's January 29, 2026, order staying proceedings, ECF No. 16, the parties respectfully submit this status report and also request that the Court stay the case for another ninety (90) days to permit resolution of the matter without further litigation. In support, the parties aver as follows:

1. Counsel for United States conveyed to counsel for Plaintiffs over a January 22, 2026 phone call that she would recommend that the United States concede that Plaintiffs should receive their requested tax refund. The phone call was confirmed by a letter dated February 24, 2026.

2.  The United States needs time to complete the required administrative steps to process and transmit the refund to Plaintiffs.

3.  The parties submitted a stipulated motion with the Court on January 28, 2026 to stay the matter for 90 days. ECF No. 15. There, the parties also indicated that if the case is not resolved within 90 days, the parties would file a joint status report at the end of the 90-day stay period to apprise the Court of the progress made toward the matter's resolution and any need to extend the stay. *Id*. The Court granted the stipulated motion the next day. ECF No. 16.

4.  By mid-February, the United States had prepared and sent initial items to permit the IRS to commence the refund process.

5.  The IRS informs counsel for the United States that issuing the refund to Plaintiffs is not as straight forward as usual but is progressing apace. The IRS preliminarily has to undo the erroneous deposit, which resulted in the Plaintiffs failing to receive their refund payment. After that, the IRS has to apply corrective coding in the IRS computer systems by hand to reflect that the Plaintiffs are owed a refund. Once that is complete, the IRS will transmit a check to the Department of Justice, which will then send it along to Plaintiffs.

6.  The IRS is currently at the preliminary stage of investigating and reversing the erroneous deposit.

7.  It will need more time to complete the subsequent steps before it will be in a position to send the Justice Department Plaintiffs' refund check.

8.  If needed, the parties can provide the Court a joint status report on July 29, 2026, ninety (90) days from April 30, 2026.

Accordingly, the parties request that the Court extend the stay of the case for another ninety (90) days.

Dated: April 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
JOSHUA WU
Deputy Assistant Attorney General

By:    */s/ Nandini Singh*
NANDINI SINGH
Trial Attorney
Tax Litigation Branch, Civil Division
United States Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6814 (v)
202-307-0054 (f)
Nandini.Singh@usdoj.gov

*/s/ Randolf Krbechek*
RANDOLF KRBECHEK
Law Offices of Randolf Krbechek
9477 N. Fort Washington Road
Suite 104
Fresno, CA 93730
559-434-4500 (v)
559-434-4554 (f)
rkrbechek@msn.com

ORDER

Based on the Parties' Joint Status Report and Stipulation (ECF No. 18) and good case having been shown, the court HEREBY ORDERS the following:

1.    The court stays the case for ninety (90) days from the date of the joint status report to permit resolution of the matter, up to and until July 29, 2026;

2.    If the case is not resolved within ninety (90) days, the parties will file a joint status report at the end of the 90-day stay period to apprise the court of the progress made toward the matter's resolution and any need to extend the stay; and

3.    Once Plaintiffs receive the refund, Plaintiffs will file appropriate documents to voluntarily dismiss the case.

IT IS SO ORDERED.

Dated:    **May 5, 2026**

_____
UNITED STATES MAGISTRATE JUDGE