UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON R. OREJEL, MARIA C. OREJEL,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 1:25-cv-01235-JLT-FJS<br>ORDER TO CONTINUE STAY<br>(ECF No. 20) |

Based on the parties' joint status report (ECF No. 20), and good case having been shown, the court HEREBY ORDERS the following:

1. The court stays the case for ninety (90) days from the date of the joint status report to permit resolution of the matter, up to and until October 27, 2026;

2. If the case is not resolved within ninety (90) days, the parties will file a joint status report at the end of the 90-day stay period to inform the court of any progress made toward the matter's resolution and any need to extend the stay; and

3. Should Plaintiffs receive the refund, Plaintiffs shall file appropriate documents to voluntarily dismiss the case.

IT IS SO ORDERED.

Dated: **July 31, 2026**

UNITED STATES MAGISTRATE JUDGE