UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARIA C. OREGEL, et al.,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

CASE No.: 1:25-cv-01235-JLT-FJS

ORDER GRANTING JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE

(ECF No. 22)

On September 21, 2026, the parties filed a stipulation of dismissal of the entire action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 22.) In light of the stipulation of dismissal, this action has been terminated, *see* Fed. R. Civ. P. 41(a); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the clerk of the court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated: **September 24, 2026**

UNITED STATES MAGISTRATE JUDGE